# Court of Appeals
# of the State of Georgia

ATLANTA,___November 14, 2016___

*The Court of Appeals hereby passes the following order:*

**A17I0062.    CHRISTINA BERENGUER MCCAIN, f/k/a CHRISTINA BERENGUER, et al. v. TRACY L. JENNINGS.**

**A17I0063.  THE HOSPITAL AUTHORITY OF LIBERTY COUNTY d/b/a LIBERTY REGIONAL MEDICAL CENTER v. TRACY L. JENNINGS et al.**

In these companion cases, defendants the Hospital Authority of Liberty County d/b/a Liberty Regional Medical Center ("LRMC"), Christina Berenguer McCain, M.D., f/k/a Christina Berenguer, M.D., and Berenguer Surgical, LLC (collectively, the "Applicants"), seek immediate review of the trial court's order directing LRMC to produce non-party medical records in this medical malpractice case. These applications were originally filed in the Georgia Supreme Court, which transferred the applications to this Court after concluding its jurisdiction was not invoked. See Case Nos. S17I0194 and S17I0197 (decided September 27, 2016). Simultaneously with their filings in the Supreme Court, the Applicants filed the same applications for interlocutory appeal in this Court. Those applications have been denied by this Court. See Case Nos. A17I0017 and A17I0018 (decided September 29, 2016). Because this Court has already addressed the duplicative applications, they are both hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____11/14/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*